UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DASHAWN JOHNSON,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CR 98 (VB)

    A status conference in this violation of supervised release matter is scheduled for September 3, 2021, at 11:00 a.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

    Accordingly, it is hereby ORDERED:

    1.    By August 27, 2021, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

    2.    At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
        **Access Code: 1703567**

Dated: July 26, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge