USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ 9/3/21
DATE FILED: 9/3/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                    -against-

DASHAWN JOHNSON,

                                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

**19 Cr. 98 (VB)**

Defendant __Dashawn Johnson_____ hereby voluntarily consents to
participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___      Initial Appearance Before a Judicial Officer

___      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

✓      VOSR Revocation Hearing

___      Conference Before a Judicial Officer

/s/ Dashawn Johnson (Signed by counsel with
Defendant's Signature   defendant's consent)
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Dashawn Johnson_____
Print Defendant's Name

Defendant's Counsel's Signature

 Howard E. Tanner_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__9/3/21_____
Date

U.S. District Judge/U.S. Magistrate Judge