UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

   -against-

DASHAWN JOHNSON,

   Defendant

------------------------------------x

19 Cr. 98 (VB)

ORDER

Hon. Vincent Briccetti, U.S.D.J.:

   The Defendant, DASHAWN JOHNSON, JID #253593, presently detained at the Westchester County Jail, and treated at the Mental Health Unit of said facility, requires his mental health records in support of his pending application for release from jail into an in-patient treatment program.

   It is therefore hereby ORDERED that the Westchester County Jail, release to Defendant's counsel of record, Howard E. Tanner, Esq., within five (5) business days of this Order:

   (1) Defendant's complete mental health records file, including but not limited to, treatment records and progress notes, from the time he entered into the custody of the Westchester County Jail until the present date;

   (2) Any other State or Federal Bureau of Prisons mental health records for the defendant currently in the possession of the Westchester County Jail.

**SO ORDERED:**

Hon. Vincent Briccetti, U.S.D.J.

Dated: September, 17 2021
White Plains, New York