**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/21

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

September 22, 2021

Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

      Re:    **United States v. Dashawn Johnson**
            **19 Cr. 98 (VB) – VOSR**
            **Letter Motion to Adjourn Sentence and for the**
            **Defendant's Release to In-Patient Treatment Program**

Dear Judge Briccetti:

      I am appointed to represent the defendant pursuant to CJA and he is currently remanded at the Westchester County Jail. On September 3, 2021, at the Violation of Supervised Release Hearing, the defendant admitted to Specification 5 of the Petition in full satisfaction. Sentencing was scheduled for September 23, 2021 and it is the understanding of the parties that there will be a joint recommendation to the Court for a sentence of time served to be followed by the current term of Supervised Release, with an additional new condition of in-patient treatment. The goal was to find an appropriate in-patient treatment program in the interim between the plea and sentence. I am pleased to advise the Court that Odyssey House in Manhattan has accepted Mr. Johnson into their in-patient treatment program and a bed is reserved for him for Monday, September 27, 2021. By the Herculean efforts of USPO Meaghan Briggs, she notified me this morning that she has arranged for Probation to transport the defendant directly from the Westchester County Jail to Odyssey House upon the defendant's release.

      Accordingly, I write to the Court to request a short adjournment of 2-3 weeks of tomorrow's remote Sentencing Hearing and for the Court to Order the defendant's release, effective on Monday, September 27, 2021 from the Westchester County Jail to the custody of Probation to facilitate his transport to Odyssey House. I have attached a proposed order for the Court's endorsement. The Government and Probation consent to these applications. I do apologize to the Court for any inconvenience caused by this short notice.

Thank you as always Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:  AUSA Samuel Raymond (By ECF and Email PDF)
     USPO Meaghan Biggs (By Email/PDF)

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 9/22/21
White Plains, NY

Sentencing is adjourned to 10/15/2021 at 11:00 a.m., to proceed by telephone. Defense counsel is directed to make appropriate arrangements with Odyssey House. The will separately sign and docket the Release Order.