UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                :

   -against-                                              :                 19 Cr. 98 (VB)

DASHAWN JOHNSON,                            :                 RELEASE ORDER

               Defendant                          :
-----------------------------------------------------------x

Hon. Vincent Briccetti, United States District Judge:

    It is hereby ORDERED that the Westchester County Jail release Defendant DASHAWN JOHNSON, JID #253593, currently detained at said facility, to a representative of the United States Probation Office for the Southern District of New York, **on Monday, September 27, 2021** by no later than 1:00 pm, for the Defendant's transport by Probation and release to Odyssey House in-patient treatment program, New York, New York.

SO ORDERED:

                                                       Hon. Vincent Briccetti, U.S.D.J.

Dated: September 22, 2021
White Plains, New York