UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/21

_____US_____, Plaintiff(s),

v.

_____Johnson_____, Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 98 (VB)

~~PLEASE~~ **TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ (re-scheduled) for:

___ Status conference
✓ Telephone conference  VOSR
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on __10-15-__, 20__21__, at __2:30 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from __10-15-21 at 11:00 AM__

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __9-24-__, 20__21__
White Plains, NY

→ 888-363-4749

Code: 1703567

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge